**Fill in this information to identify the case:**

Debtor 1   Jeffrey Allen Renkor

Debtor 2   Mary Ann Renkor
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number 11-44676

# Official Form 4100R
## Response to Notice of Final Cure Payment                                                      10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:**   **JPMorgan Chase Bank, National Association**          **Court claim no.** no claim

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX8366

**Property address:**   5136 S. Newcastle Ave.
                        Number    Street

                        Chicago, IL 60638
                        City           State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtors have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtors have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:      $_____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtors is due on      12 / 01 / 2016
                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                           (a)  $_____

b. Total fees, charges, expenses, escrow, and costs outstanding:                   **+** (b)  $_____

c. **Total**. Add lines a and b.                                                      (c)  $_____

Creditor asserts that the debtors are contractually
obligated for the postpetition payment(s) that first became     ___ / ___ / _____ :
due on:                                                          MM / DD / YYYY

**Form 4100R**              **Response to notice of Final Cure Payment**              **page 1**

| Debtor 1 | Jeffrey Allen Renkor | Case number *(if known)* 11-44676 |
|---|---|---|
| | First Name   Middle Name   Last Name | |
| Debtor 2 | Mary Ann Renkor | |
| (Spouse, if filing) | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Toni Townsend   ARDC# 6289370
Signature

Date  11 / 10 / 2016

Print:  Toni Townsend
       First Name   Middle Name   Last Name

Title:  Bankruptcy Attorney

Company:  MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address:  1 N. Dearborn St., Suite 1300
          Number         Street

          Chicago, IL 60602
          City          State   ZIP Code

Contact phone:  ( 312 ) 346 - 9088

Email:  Northerndistrict@pierceservices.com

**Form 4100R**            **Response to notice of Final Cure Payment**            **page 2**

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: Jeffrey Allen Renkor; Mary Ann Renkor  *Debtor(s),* | Chapter 13<br><br>Case No.  11-44676<br><br>Judge Jacqueline P. Cox |

## **CERTIFICATE OF SERVICE**

I, the undersigned Attorney, Certify that I served a copy of this Response to the Addresses attached by Electronic Notice through ECF or depositing same at the U.S. Mail at 1 North Dearborn Street, 13th Floor, Chicago, IL 60602 at 5:00 p.m. on November 10, 2016, with proper postage prepaid.

JPMorgan Chase Bank, National Association

/s/ Toni Townsend
Toni Townsend
ARDC# 6289370
Attorney for Creditor
MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

**Pierce & Associates, P.C. and McCalla Raymer, LLC combined Firms to form the Firm McCalla Raymer Pierce, LLC.**
**This is an attempt to collect a debt and any information obtained will be used for that purpose.**

File Number: 259994-90639

**Service List**

To Trustee:
Tom Vaughn
55 East Monroe St.
Suite 3850
Chicago, IL 60603
**by Electronic Notice through ECF**

To Debtor:
Jeffrey Allen Renkor, and Mary Ann Renkor
5136 S. Newcastle Ave.
Chicago, IL 60638
**by U.S. Mail**

To Attorney:
Geraci Law L.L.C.
55 E Monroe St Suite #3400
Chicago, IL 60603
**by Electronic Notice through ECF**

MRPierce, LLC, d/b/a McCalla Raymer Pierce, LLC
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
File Number: 259994-90639